# UNITED STATES DISTRICT COURT

## District of Kansas

(Kansas City Docket)

UNITED STATES OF AMERICA,

        **Plaintiff,**

  v.                            **CASE NO. 2:22-mj-8264 ADM**

SCOTT PLUMMER,

        **Defendant.**

# CRIMINAL COMPLAINT

    I, Ryan T. Zornes, Senior Special Agent /Certified Fire Investigator (SSA/CFI), Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter referred to as "ATF"), the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief, and that it establishes probable cause that the following offense has been committed.

## <u>COUNT 1</u>

### MALICIOUS DAMAGE TO FEDERAL PROPERTY
### [18 U.S.C. § 844(f)(1)]

On or about November 29, 2022, in the District of Kansas, the defendant,

**SCOTT PLUMMER,**

did maliciously damage or destroy, or attempt to damage or destroy, by means of fire or an explosive, any building, vehicle, or other real or personal property in whole or in part owned or possessed by, or leased to, the United States, or any department or agency thereof, or any institution or organization receiving Federal financial assistance, to wit: the Robert J. Dole United States Court House, 500 State Ave, Kansas City, KS 66101.

In violation of Title 18, United States Code, Section 844(f)(1).

This Complaint is based on the following facts known to me because of my personal participation in this investigation and from reports made to me by other law enforcement agents or officers.

1. I am a Special Agent with the United States Department of Justice, Bureau of ATF and have been so employed since November 2001.  I am currently assigned to the Fire and Arson Investigation Branch as a fulltime member of the ATF National Response Team, however I still provide fire investigation support to the ATF Kansas City Field Division when an incident occurs.

2. During my tenure as an ATF agent, I have been the affiant for numerous federal search warrants, which have resulted in the seizure of firearms, controlled substances, drug proceeds and other contraband. I have personally conducted and participated in numerous investigations, which have resulted in the arrest and prosecution of individuals charged for violating federal firearms, arson, drug and explosive laws.  I have also been the affiant on several federal criminal complaints resulting in the arrest of individual(s) responsible for violating federal firearms, arson, drug and explosive laws.

3. I have investigated numerous fires that have occurred in commercial and residential occupancies. During those investigations, I determined or assisted with the determination as to where the fire originated and what caused the fire (origin and cause). I have also testified as an expert witness in Federal Court in the United States District Court, Western District of Missouri, and Missouri State Court, offering my expert opinion as to the origin and cause of fires.

4. I have participated in fire and explosive investigations as an active member of the ATF National Response Team that responds to major incidents that have occurred throughout the United States involving the loss of life and or significant loss of property.

5. The information in this affidavit is based upon my personal observations and investigation, or on information relayed to me by other special agents or other law enforcement officers working with me, as well as official reports of investigation from law enforcement agencies, and recorded conversations. Because this application is being submitted for the purpose of establishing probable cause to support a criminal complaint, I have not included every fact known to me concerning this investigation. I have submitted only those facts and circumstances, which I believe, are necessary to establish probable cause for the issuance of an arrest warrant.

6. On November 29, 2022, at approximately 8:00 a.m., a Private Security Officer (PSO) who is contracted through the Department of Homeland Security (DHS) was conducting an exterior patrol of the Robert J. Dole United States Courthouse located at 500 State Avenue, Kansas City, Kansas 66101 as part of his normal duties when he observed fire damage on the east exterior side of the courthouse. The PSO then notified the DHS Federal Protective Services (FPS) about the fire damage to the courthouse.

3

7.  Officers with the FPS where then dispatched to the courthouse to conduct an initial investigation into the fire incident.  Officers with FPS reviewed video surveillance footage from the courthouse and observed an unknown white male wearing dark colored clothing lighting a fire at approximately 2:51 a.m. on November 29, 2022, on the east side of the courthouse in the same area where the PSO discovered the fire damage.

8.  Further review of the video surveillance footage revealed the same unknown white male walking on courthouse property at approximately 8:30 p.m. on November 28, 2022.  The unknown white male was also observed carrying a black backpack and a large gray duffle backpack.

9.  At approximately 10:30 a.m., investigators with ATF arrived on scene to assist FPS with the fire investigation.  ATF conducted an examination of the area of origin, which was located on the east side of the courthouse, along North 5th Avenue, near an exterior door and exterior stairs the provided access to the front side of the courthouse that faced State Avenue.  A small pile of charred debris was observed on the concrete walkway which was up against the side of the building.  Smoke staining was also observed on the exterior walls of the building above the pile of charred debris and extended up the wall approximately two feet.  The charred remains of a small bible were also observed by investigators in the pile of fire debris.

10. During the scene examination, investigators with ATF and officers with FPS observed an unknown white male walking on the sidewalk along North 5th Street toward State Avenue. The unknown individual observed by law enforcement matched the individual who was observed on the courthouse video surveillance footage setting the fire.  Law Enforcement made contact with the unknown individual at the corner of North 5th Avenue and State

Avenue who then admitted to investigators to being in the area the evening before the fire. The unknown individual also admitted to being on the side of the courthouse and starting a fire.  Investigators identified the unknown white male as Scott PLUMMER.  Once PLUMMER admitted to setting the fire, investigators detained PLUMMER pending further investigation.  It should also be noted that PLUMMER was carrying a large gray duffle backpack and a black backpack when Law Enforcement contacted PLUMMER.

11. At the conclusion of the fire investigation, ATF SSA/CFI Ryan Zornes determined the fire was intentionally set with willful disregard of the likelihood that damage or injury would result.

12. At approximately 1:34 p.m. on November 29, 2022, ATF conducted a custodial interview of Scott PLUMMER after PLUMMER was advised of his rights per Miranda.  During the interview, PLUMMER stated that he intentionally set the fire on the side of the courthouse because he was cold and because he wanted to burn several items of clothing he had been given because he was mad at the people who gave him the clothing.  PLUMMER added that some of the items he intentionally burned included, a shirt, a pair of socks, and a bible. PLUMMER told investigators that he burned the bible because he did not like what was written in it.

13. Based upon the above, I believe there exists  probable cause  that on November 29, 2022,  Scott PLUMMER did maliciously damage or destroy, or attempt to damage or destroy, by means of fire or an explosive, any building, vehicle, or other real or personal property in whole or in part owned or possessed by, or leased to, the United States, or any department or agency thereof, or any institution or organization receiving Federal

financial assistance, to wit: the Robert J. Dole United States Court House, in violation

of Title 18, United States Code, Sections 844 (f)(1).


/s/ Ryan T. Zornes
Ryan T. Zornes
Senior Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to and attested by affiant via telephone after being submitted to me by reliable

electronic means on November 29, 2022.


After reviewing this Complaint, I find there is probable cause to believe that defendant,

SCOTT PLUMMER, committed the offense set forth above.


HONORABLE Angel D. MITCHELL
United States Magistrate Judge

## <u>PENALTIES</u>

## Count 1: MALICIOUS DAMAGE TO FEDERAL PROPERTY, 18 U.S.C. § 844(f)

- Punishable by a term of imprisonment of not less than five years and no more than twenty years

- A term of supervised release of at least three years

- A fine not to exceed $250,000

- A mandatory special assessment of $100